Cadillac Leasing L.P. v Demoyano (2025 NY Slip Op 50410(U))

[*1]

Cadillac Leasing L.P. v Demoyano

2025 NY Slip Op 50410(U)

Decided on April 2, 2025

Civil Court Of The City Of New York, Queens County

Ibrahim, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through April 09, 2025; it will not be published in the printed Official Reports.

Decided on April 2, 2025
Civil Court of the City of New York, Queens County

Cadillac Leasing L.P., Petitioner,

against
Iris Demoyano, ET. AL., Respondents.

Index No. 310360/2024

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 
2025 NY Slip Op 25082.